Andrew and Alene Gynp
c/o The Tarich Law Firm
1946 Tyler St.
Hollywood, FL 33020

Bill and Cynthia Alder
1218 Peacock Midge Dr.
Riverton, UT 84065

Charles Wiggins, Esq.
Phelps Dunbar, LLP
501 Commendencia St.
Pensacola, FL 32502

East Pass Towers HOA
100 Gulf Shore Dr.
Destin, FL 32541

Joshua Lee Rose
22618 Ursa Major Circle
Chugiak, AK 99567

Revenued LLC
525 Washington Blvd, 22nd Floor
Jersey City, NJ 07310-2606

Sandman Properties &
Development, LLC
3381 Pierce Dairy Rd.
Madison, GA 30650

Square Advance Funding LLC
c/o Law Offices of David Fogel
1225 Franklin Ave., #522
Garden City, NY 11530