United States Bankruptcy Court

Northern District of Florida

In re: | Case No. 26-50075-KKS

Pierce Wealth Partners Fund #1, LLC | Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-5      User: admin      Page 1 of 2

Date Rcvd: Apr 07, 2026      Form ID: orftax      Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pierce Wealth Partners Fund #1, LLC, 21523 Front Beach Rd., Panama City Beach, FL 32413-3356 |
| smg | + | Secretary of the Treasury, U.S. Treasury Department, 15th & Pennsylvania Ave., Washington, DC 20220-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Apr 08 2026 00:25:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Apr 08 2026 00:25:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2026 00:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: atlreorg@sec.gov | Apr 08 2026 00:26:00 | U.S. Securities & Exchange Commission, Atlanta Reg Office and Reorg, 950 E Paces Ferry Rd NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Apr 08 2026 00:26:00 | United States Attorney's Office, 111 North Adams Street, 4th Floor, Tallahassee, FL 32301-7730 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026      Signature:      /s/Gustava Winters

District/off: 1129-5                           User: admin                                      Page 2 of 2

Date Rcvd: Apr 07, 2026                        Form ID: orftax                                  Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Conor McLaughlin | on behalf of U.S. Trustee United States Trustee conor.mclaughlin@usdoj.gov |
| Jodi Daniel Dubose | on behalf of Debtor Pierce Wealth Partners Fund #1  LLC jdubose@srbp.com, jdubose.ecf@srbp.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 3

FORM orftax (Rev. 02/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: Pierce Wealth Partners Fund #1, LLC          Bankruptcy Case No.:  26−50075−KKS
     Tax ID: 27−2660186
      Debtor

                                        Chapter:  11
                                        Judge:  Karen K. Specie

### *ORDER TO FILE FEDERAL AND STATE*
### *TAX RETURNS AND TO DEPOSIT STATE AND FEDERAL TAXES*

    To ensure that the Debtor−in−Possession pays all post−petition tax obligations, timely files all federal and state tax returns (including any delinquent returns), and remains current on all federal and state taxes coming due after the commencement of the case, the Court orders as follows:

    1. The Debtor−in−Possession shall file with the appropriate agency all delinquent federal or state tax returns or reports within thirty (30) days from the date of this Order.

    2. The Debtor−in−Possession shall make all tax deposits as required by the Internal Revenue Service and the State of Florida within three (3) business days following the end of each pay period. Payments shall be made in accordance with the taxing authority's proscribed procedure for collecting such deposits.

    3. The Debtor−in−Possession shall timely file all federal and state tax returns required to be filed after the commencement of this case and shall timely pay all personal federal and state taxes that are due and payable after the commencement of this case.

    4. The Debtor−in−Possession shall maintain copies of all tax returns, reports, and proof of all payments and make these available for inspection upon request by any representative of the appropriate taxing agency, the United State Trustee, or any trustee appointed in this case.

    ***DONE AND ORDERED*** on April 7, 2026.

                                    /s/ Karen K. Specie
                                  Karen K. Specie

Service by the Court to:           U.S. Bankruptcy Judge
    Debtor
    Debtor(s) Attorney
    U.S. Trustee