UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:                                    Chapter 11

PIERCE WEALTH PARTNERS
FUND #1, LLC,                             Case No. 26-50075-KKS

      Debtor.
_____/

## DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

PIERCE WEALTH PARTNERS FUND #1, LLC (the "**Debtor**"), by and through its undersigned attorneys, files this Motion to Dismiss Bankruptcy Case, and in support thereof, states:

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this district pursuant to 28 U.S.C. § 1408.

2.     The statutory predicates for the relief sought herein are §§ 105(a) and 1112.

3.     On April 6, 2026 (the "**Petition Date**"), the Debtor filed its Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtor continues to operate as a debtor-in-possession.

4.     The Debtor, a Colorado limited liability company, owns and operates various parcels of real property in Florida, including Destin and Panama City.  The

Debtor's bankruptcy filing was made on an emergency basis as a result of a foreclosure sale scheduled for April 6, 2026, on one of those properties. The Debtor hoped to negotiate with the secured creditor through its chapter 11 bankruptcy case and avoid a loss of the property, as well as restructure its other business operations.

5.      Upon further investigation following the filing, the Debtor may not be eligible for the relief sought through the filing and/or is currently unable to comply with the administrative requirements for a debtor in chapter 11.

6.      After consultation with the United States Trustee's Office, it was determined that the best course of action at this time is for the Debtor to voluntarily dismiss its bankruptcy case. If the Debtor waits until disclosure deadlines have passed and the Court issues an order to show cause, there will be further delay to any creditor who wishes to pursue its legal remedies outside of the bankruptcy case. Thus, it is in the best interests of the Debtor's creditors for dismissal to occur promptly.

7.      The undersigned apprised the attorney for the United States Trustee's Office, Mr. Conor McLaughlin, of the circumstances of the Debtor's case, and Mr. McLaughlin indicated that his office has no objection to the dismissal requested herein, conditioned on the Debtor's payment of the applicable minimum quarterly fee for 2Q 2026 in the amount of $250.00 (the "**UST Fee**") prior to dismissal.

4901-5019-9202, v. 3

WHEREFORE, the Debtor respectfully requests that the Court (a) grant this Motion; (b) dismiss the bankruptcy case upon payment of the requested UST Fee; and (c) provide for such other and further relief as may be just and proper.

/s/ Jodi Daniel Dubose
Jodi Daniel Dubose (FBN 052651)
Stichter Riedel Blain & Postler, P.A.
440 Bayfront Pkwy.
Pensacola, Florida 32502
(850) 637-1836 – Phone
Email: jdubose@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtor's Motion to Dismiss Bankruptcy Case* has been furnished on this 16th day of April 2026, by the Court's electronic mail system to the parties listed below and by U.S. Mail to all creditors on the Court's mailing matrix.

Electronic Noticing List:

Jodi Daniel Dubose on behalf of Debtor Pierce Wealth Partners Fund #1, LLC
jdubose@srbp.com, jdubose.ecf@srbp.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee
conor.mclaughlin@usdoj.gov

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Charles Thomas Wiggins on behalf of Creditor Sandman Properties & Development LLC
charles.wiggins@phelps.com, amn@beggslane.com;mah@beggslane.com;dbl@beggslane.com

/s/ Jodi Daniel Dubose
Jodi Daniel Dubose

3

Label Matrix for local noticing
1129-5
Case 26-50075-KKS
Northern District of Florida
Panama City
Thu Apr 16 13:47:22 EDT 2026

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Pierce Wealth Partners Fund #1, LLC
21523 Front Beach Rd.
Panama City Beach, FL 32413-3356

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

Andrew and Alene Gynp
c/o The Tarich Law Firm
1946 Tyler St.
Hollywood, FL 33020-4517

Bill and Cynthia Alder
1218 Peacock Midge Dr.
Riverton, UT 84065-2300

Charles Wiggins, Esq.
Phelps Dunbar, LLP
501 Commendencia St.
Pensacola, FL 32502-5953

East Pass Towers HOA
100 Gulf Shore Dr.
Destin, FL 32541-5056

Joshua Lee Rose
22618 Ursa Major Circle
Chugiak, AK 99567-5337

Revenued LLC
525 Washington Blvd, 22nd Floor
Jersey City, NJ 07310-2606

Sandman Properties &
Development, LLC
3381 Pierce Dairy Rd.
Madison, GA 30650-4944

Square Advance Funding LLC
c/o Law Offices of David Fogel
1225 Franklin Ave., #522
Garden City, NY 11530-1753

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

United States Attorney General +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Jodi Daniel Dubose +
Sticher Riedel Blain & Postler PA
440 Bayfront Pkwy.
Pensacola, FL 32502-6158

Charles Thomas Wiggins +
Phelps Dunbar LLP
501 Commendencia Street
Pensacola, FL 32502-5953

Conor McLaughlin +
DOJ-Ust
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States Attorney's Office
111 North Adams Street
4th Floor
Tallahassee, FL 32301-7730

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.