UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
www.flnb.uscourts.gov

In re:                                                      Chapter 11

PIERCE WEALTH PARTNERS
FUND #1, LLC,                                       Case No. 26-50075-KKS

      Debtor.
_____/

## ORDER GRANTING *DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE* (ECF No. 15)

THIS CASE came on for hearing on May 6, 2026, at 9:30 a.m. (Eastern Standard Time), upon the *Debtor's Motion to Dismiss Bankruptcy Case* (ECF No. 15) (the "**Motion**").  For the reasons stated and recorded in open Court which shall constitute the decision of the Court, it is determined that it is in the best interest of creditors that the case be dismissed.  Accordingly, it is

**ORDERED**:

1.     The Motion is GRANTED.

2.     The instant bankruptcy case is dismissed.

3.     None of the Debtor's debts, obligations, or liabilities are discharged.

4.     The automatic stay is terminated.

5.     All pending motions, applications, or requests for relief, not previously ruled upon, are moot, and all hearings are cancelled.

6.     This Court reserves jurisdiction to enforce the provisions of this Order.

7.  Any fourteen-day stay period applicable to this Order by Bankruptcy Rules 4001(a)(4) and 6004(h) or any other Bankruptcy Rule shall not apply, and the relief granted shall be effective immediately upon entry of the Order.

DONE AND ORDERED on ___May 13, 2026_____.

_____
Karen K. Specie
U.S. Bankruptcy Judge

Attorney Jodi Daniel Dubose is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of this Order

Prepared by: Scott A. Stichter, Esquire (Modified in Chambers)

4918-7313-7577, v. 1